# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

153108 & (29)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

HERBERT MAX BLAIN, JR.,
      Defendant-Appellant.

SC: 153108
COA: 330314
Barry CC: 14-000598-FC

_____/

      By order of May 25, 2016, the application for leave to appeal the January 13, 2016 order of the Court of Appeals was held in abeyance pending the decisions in *People v Steanhouse* (Docket No. 152849) and *People v Masroor* (Docket Nos. 152946-8). On order of the Court, the cases having been decided on July 24, 2017, 500 Mich 453 (2017), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for resentencing before a different judge is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2017



Clerk

a1023